UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CORINA M. KERR,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 10-5844 RJB-KLS

REPORT AND RECOMMENDATION

      This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #19). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

      This Court recommends that on remand the ALJ will: (1) reevaluate all medical source evidence of record, including medical evidence of Kevin N. Morris, Psy.D.; William H. Shapiro, M.D.; Robert L. Higginbothem, M.D.; and Paul Michels, M.D.; (2) reevaluate all of Plaintiff's physical and mental impairments, including a possible personality disorder, and reevaluate the severity of all medically determinable impairments; (2) reevaluate "other source" evidence, including evidence from Margaret K. Russell, LCSW; and Angela Crowley, LMHC; (3) make new findings at step two through step five of the sequential evaluation process, obtaining

REPORT AND RECOMMENDATION - 1

supplemental vocational expert testimony as necessary.  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**   A proposed order accompanies this Report and Recommendation.

DATED this 5th day of July, 2011.

Karen L. Strombom
United States Magistrate Judge