# United States District Court

WESTERN DISTRICT OF WASHINGTON

CORINA M. KERR

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5844RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The Court REVERSES and REMANDS for further administrative proceedings.


| July 6, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk